**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT J. LOPEZ, | ) | NO. CV 13-6609-ODW (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MATTHEW CATE, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 20, 2015.

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE